IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOROTHY RUTH PEEK                                                         PLAINTIFF

                 v.                      Civil No. 06-5003

SHERIFF TIM HELDER;
DR. HOWARD; NURSE
RHONDA BRADLEY; and
NURSE SUSAN JOHNSON                                     DEFENDANTS

**<u>ORDER</u>**

As it appears this case may be resolved on motion for summary judgment, the defendants are directed to file such a motion on or before **April 28, 2006**. Once the summary judgment motion is filed, the court will prepare a questionnaire to assist the plaintiff in responding to the motion. For this reason, plaintiff is directed not to respond to the motion for summary judgment until so ordered by the court.

IT IS SO ORDERED this 9th day of February 2006.

                                                               /s/ Beverly Stites Jones
                                                               UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)