IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOROTHY RUTH PEEK                                                    PLAINTIFF

            v.                        Civil No. 06-5003

SHERIFF TIM HELDER;
DR. HOWARD; NURSE
RHONDA BRADLEY; and
NURSE SUSAN JOHNSON                                                  DEFENDANTS

## O R D E R

On June 15, 2006, defendants filed a summary judgment motion (Doc. 18). To assist

plaintiff in responding to the summary judgment motion, the undersigned is propounding a

questionnaire. The court will consider plaintiff's response to the questionnaire in issuing a report

and recommendation on the summary judgment motion.

For this reason, Dorothy Ruth Peek is hereby directed to complete, sign, and return the

attached response to defendants' summary judgment motion on or before **August 18, 2006**.

**Plaintiff's failure to respond within the required period of time may subject this matter to**

**dismissal for failure to comply with a court order.**

IT IS SO ORDERED this 17th day of July 2006.

/s/ Beverly Stites Jones
UNITED STATES MAGISTRATE JUDGE

-1-

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DOROTHY RUTH PEEK                                                    PLAINTIFF

v.                          Civil No. 06-5003

SHERIFF TIM HELDER;
DR. HOWARD; NURSE
RHONDA BRADLEY; and
NURSE SUSAN JOHNSON                                              DEFENDANTS

## RESPONSE TO SUMMARY JUDGMENT MOTION

TO:  DOROTHY RUTH PEEK

These questions and answers will serve as your response to defendants' motion for

summary judgment.  You may use additional sheets of paper in responding to these questions.

You must file this response by **August 18, 2006.**

1.  On March 19, 2003, a warrant for your arrest was issued based on your failure to

appear on bad check charges.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 1.

_____

_____

_____

_____

2.  On August 27, 2003, the State of Arkansas filed a motion for revocation of your

AO72A
(Rev. 8/82)

probated sentence due to your failure to report as directed, your failure to make your whereabouts known to your supervising officer, and your failure to pay your fines.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at pages 2 and 3.

_____

_____

_____

_____

    3.  Circuit Judge Gunn entered an order directing that a hearing be held on the motion for revocation of your probation and that a warrant be issued for your arrest.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 4.

_____

_____

_____

_____

    4. A warrant was issued on August 27, 2003, and entered into NCIC/ACIC on September 4, 2003.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

AO72A
(Rev. 8/82)

page 5.

_____

_____

_____

_____

     5. On September 4, 2003, a warrant information sheet was prepared by the

Washington County Sheriff's Office and assigned to L. Johnson.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 6.

_____

_____

_____

_____

     6. On January 28, 2004, you were arrested and brought to the Washington County

Detention Center (WCDC).  The intake sheet was completed by D. Smith and it was noted

that you had a right sprained ankle.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 7.

_____

_____

-4-

_____

_____

7. The intake sheet noted you were in violation of your probation and there was a hold on you by the Rogers Police Department.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 8.

_____

_____

_____

_____

_____

8(A). Your personal property was listed and you signed the list of your property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 10.

_____

_____

_____

_____

(B). The list did not show any prescription medications.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 10.

_____

_____

_____

_____

(C).  When you were brought to the jail did you bring your prescription medications with you?

Answer:  Yes _____ No _____.

If you answered yes, please state:  (a) the name of each medication you brought with you; (b) what medical condition the medication was for; (c) who prescribed the medication; and (d) whether you received the medication after you were booked in.

_____

_____

_____

_____

_____

_____

_____

If you answered no, please state why you did not bring your medication with you.

_____

-6-

_____

_____

_____

_____

_____

_____

_____

9. On January 29, 2004, a warrant was served on you for violation of the Arkansas Hot Check Law and failure to appear.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 11.

_____

_____

_____

_____

_____

_____

_____

10. You were assigned jail property including a blanket, towel, uniform, shower shoes, mat, and identification bracelet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at pages 11-13.

_____

_____

_____

_____

11.   On January 29, 2004, you signed a medical release and consent for medical services.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 14.

_____

_____

_____

12.  A medical questionnaire was completed and you indicated you had epilepsy and had a seizure the prior Monday.  You indicated you saw Dr. Guarv in Texarkana for seizures and took Dilantin twice a day.  You also indicated your ankle was hurt.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 15.

_____

_____

_____

_____

_____

_____

_____

13.  On January 29, 2004, you signed the inmate medical insurance information form

indicating you were responsible for medical bills for treatment for any injury or illness that

occurred prior to incarceration at that facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 16.

_____

_____

_____

_____

_____

_____

_____

14.  You were seen by Nurse Bradley on January 29, 2004.  You told Nurse Bradley

you had a broken left ankle and had been to Washington Regional Medical Center (WRMC)

the day before and had prescriptions at home for celebrex and hydrocodone.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 114.

_____

_____

_____

_____

_____

_____

_____

15.  Nurse Bradley also noted that you took Dilantin and had last had it the prior day in the morning.  You told Nurse Bradley you were treated by Dr. Guarv of Texarkana and last saw him about a month ago.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 114.

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

16. Nurse Bradley called WRMC ER and spoke with a nurse named Suzy. Nurse Bradley faxed a request to WRMC asking for the x-ray report, the discharge instructions, and prescriptions from your ER visit on January 28, 2004, related to a left foot injury.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 17.

_____

_____

_____

_____

_____

_____

_____

17. Nurse Bradley also called Texarkana information to reach Dr. Guarv and found no Dr. Guarv listed. Nurse Bradley obtained a phone number for a hospital in New Boston, Texas, mentioned by you and found a Dr. Guarv there.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2, page 114.

_____

_____

_____

-11-

_____

_____

_____

     18.  Nurse Bradley faxed a medical release to Dr. Guarv at the New Boston hospital.

She requested medical records regarding your treatment for seizures, current prescriptions,

and plan of care.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

     page 18.

_____

_____

_____

_____

_____

_____

_____

     19(A).  Nurse Bradley received the emergency room records from WRMC on January

29, 2004.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

     page 19.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

     (B).  The records indicated you had been seen complaining of pain in both ankles and

problems with your ankles rolling while you walked.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 19.

_____

_____

_____

_____

     (C).  You reported that you had not had any seizures since 1996 and were not taking

medication for seizures.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 19.

_____

_____

_____

_____

     (D).  You reported a past history of fracturing your right ankle in a fall with surgery

being performed in 1993.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 19.

_____

_____

_____

_____

(E).  X-rays of the ankle were negative.  You were diagnosed with bilateral ankle pain.  Your left ankle was placed in a splint stirrup and you were discharged with instructions to avoid activities that aggravated the pain.  You were told to follow-up with an orthopedic physician.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 20.

_____

_____

_____

_____

(F).  You were given prescriptions for Celebrex and Ultram.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

-14-

page 21.

_____

_____

_____

_____

20.  On January 31, 2004, a bail bond was issued for you by First Arkansas Bail Bond, Inc.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 22.

_____

_____

_____

_____

_____

_____

21.  You were released and received your property.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at pages 23 & 24.

_____

_____

-15-

_____

_____

_____

_____

_____

_____

_____

22. On April 28, 2004, Judge Gunn dismissed the motion for revocation, withdrew the warrant for your arrest, and reinstated the original conditions of your probation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 25.

_____

_____

_____

_____

_____

_____

_____

23. On December 20, 2004, a warrant was issued for your arrest based on your failure to appear and failure to pay your court fines.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

-16-

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 26.

_____

_____

_____

_____

_____

_____

_____

24. On March 13, 2005, Judge Storey set an arraignment date of April 6, 2005, and a bond amount of $3,500 on you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 28.

_____

_____

_____

_____

_____

_____

25. You were arrested on March 15, 2005, by the Springdale Police for probation violation, obstruction of governmental operations, public intoxication, and failure to appear.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 31.

_____

_____

_____

_____

_____

_____

_____

26. You were booked into the WCDC on March 16, 2005 by Officer Roy.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 32.

_____

_____

_____

_____

_____

_____

_____

27. You completed a medical questionnaire on which you indicated you had asthma,

AO72A
(Rev. 8/82)

epilepsy/seizures, and had a cracked right knee/damaged knee cap.  You indicated you took

Dilantin for seizures and had last had a seizure three weeks before.  You also indicated you

had hydrocodone for pain for your knee cap and an Albuterol inhaler.  You indicated your

doctor was Dr. James at N.W. Medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 33.

_____

_____

_____

_____

_____

_____

_____

28.  You signed a medical release and informed consent for medical services.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 34.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

29.  You signed an inmate medical insurance form which indicated you were

responsible for any treatment for injuries or illness that existed prior to your incarceration at

the facility.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 35.

_____

_____

_____

_____

_____

_____

_____

30.  You were seen by Nurse Bradley on March 16, 2005.  She noted you reported

being under a doctor's care and indicated you had damaged your right knee two weeks ago.

You told Nurse Bradley you had a torn ligament.  You also indicated you had a seizure three

weeks ago and were taking Dilantin, 100 mg., twice a day.  You stated you had last had

Dilantin the morning before.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

AO72A
(Rev. 8/82)

page 36.

_____

_____

_____

_____

_____

_____

31.  On March 16, 2005, you were given a misdemeanor citation and told to appear in Rogers for court on April 25, 2005.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 38.

_____

_____

_____

_____

_____

_____

32. On March 16, 2005, you were also given a felony citation for violation of probation.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

-21-

page 39.

_____

_____

_____

_____

_____

_____

33. On March 16, 2005, a fax was received from Mike Parker, a probation officer, regarding your probation violation. It indicated you had been placed on probation on March 7, 2003, for four years and absconded June 2003. The revocation was dismissed on April 27, 2004.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 43.

_____

_____

_____

_____

34. On March 16, 2005, you intake sheet was completed by Officer Reynolds who noted that you reported taking hydrocodone and Dilantin but did not have the medications with you.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 44.

_____

_____

_____

_____

_____

_____

35.   On March 16, 2005, you submitted a request asking when your court date was and whether you had a bond.  In response, you were told a Rule 8.1 hearing was scheduled for March 18th and no bond had been set yet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 48.

_____

_____

_____

_____

_____

_____

36.   You were released on March 17, 2005, due to overcrowding and your personal property was returned to you.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at pages 49-52.

_____

_____

_____

_____

_____

_____

37. On April 5, 2005, the State of Arkansas filed a motion for revocation of your probated sentence.

Agree_____ Disagree_____ Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 53.

_____

_____

_____

_____

_____

_____

38. On April 6, 2005, you were given arraignment information and were to appear for arraignment on April 6th at 7:45 a.m.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 57.

_____

_____

_____

39.   On April 6, 2005, you were found in contempt for failing to appear for arraignment and an arrest warrant was issued on the revocation petition.  Your bond was ordered forfeited.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at page 58.

_____

_____

_____

_____

_____

_____

40.  On April 14, 2005, an arrest warrant was ordered to be issued for your failure to appear and a felony citation issued.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

-25-

page 59.

_____

_____

_____

_____

_____

_____

41.  On April 25, 2005, an arrest warrant was issued.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.   In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 60.

_____

_____

_____

_____

_____

_____

_____

42.  On May 20, 2005, the Washington County Sheriff's Office prepared a warrant

information sheet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

AO72A
(Rev. 8/82)

page 61.

_____

_____

_____

_____

43.  On June 1, 2005, the warrant information was entered into ACIC/NCIC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

page 62.

_____

_____

_____

_____

44. On July 5, 2005, you were served with the warrant.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 1 at

pages 62-63.

_____

_____

_____

_____

45.  You were booked into the WCDC on July 5, 2005, on the contempt of court

charge and on a hold for the Rogers District Court.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 1.

_____

_____

_____

_____

46.  You completed a medical questionnaire indicating you had problems with

epilepsy/seizures, took Dilantin for this and had a seizure about every three months, had a

deep cut on your pinky toe, were under the care of Dr. Berry at the Springdale Hospital and

had attempted suicide three weeks ago.  You indicated you were no longer suicidal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 2.

_____

_____

_____

_____

47.  Your intake was completed by Van Hoosen.  It was noted that you had an

infection on your left little toe.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 4.

_____

_____

_____

_____

48.  On July 6, 2005, you were transported to court for a Rule 8.1 hearing and your bond was changed to $50,000.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 6.

_____

_____

_____

_____

49.  On July 6, 2005, you were assigned jail property, signed a medical release and informed consent, and signed an inmate medical insurance information form.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at pages 7-9.

AO72A
(Rev. 8/82)

_____

_____

_____

_____

50. On July 6, 2005, you submitted a medical request asking for Dilantin for seizures, Ibuprofen, and neosporin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 10.

_____

_____

_____

_____

51. On July 7, 2005, you submitted a request asking to see the nurse that day. You said you had swelling, redness and itching.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 13.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

52.  In response, the nurse stated you should have an ice pack, Ibuprofen, and Tylenol for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 13.

_____

_____

_____

_____

53.  On July 7, 2005, you were seen by Nurse Bradley.  You told Nurse Bradley you had seizures and were being treated by Dr. Berry of Northwest Medical Center.  You stated you last had your medication the prior evening.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 115.

_____

-31-

_____

_____

_____

54. On July 9, 2005, you asked for information on your court dates and holds. You were told court was scheduled for July 29th and you had no more holds.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 15.

_____

_____

_____

_____

55. On July 12, 2005, you submitted a medical request. You complained of pain in your left arm and left side of your chest. You also stated you were red in the face and had a headache.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 17.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

56. Nurse Bradley saw you on July 13th.  She noted that you complained of a headache and stated it was a migraine.  She gave you Excedrin Migraine, two tablets, twice a day, for three days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 17 .

_____

_____

_____

_____

57. On July 12, 2005, you submitted a request stating you needed to know who your public defender was.  You stated that you needed to be to be able to talk to your kids.  In response, you were told the WCDC did not know who your public defender was but the public defender's office would be faxed your request.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 18.

-33-

_____

_____

_____

_____

58.  On July 13, 2005, you stated you needed to talk to the corporal regarding your kids because the friend who was keeping them was moving to Texas.  You stated you needed your bond reduced.  In response, you were told WCDC staff could not get involved in legal matters or bond reduction and you would have to speak to your attorney.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 20.

_____

_____

_____

_____

59.  On July 15th you asked for two legal envelops.  You were provided the envelops.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 21.

-34-

_____

_____

_____

_____

60.  On July 16, 2005, you requested medical care.  You indicated you had been in an accident 3 ½ weeks ago and your right arm, shoulder, and hand hurt really bad.  You stated you were supposed to have surgery.  You asked to have something for the pain.  You asked for Tylenol or anything.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 22.

_____

_____

_____

_____

61.  On July 20th you were seen by the doctor.  He noted you claimed to have been in a motor vehicle accident and complained of pain in your right arm and shoulder.  You were prescribed Ibuprofen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

-35-

page 114.

_____

_____

_____

_____

62.  On July 21st you requested medical care for red and irritated eyes.  Nurse Bradley gave you chloraphenramine, 4 mg., for three days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 23.

_____

_____

_____

_____

63(A).  On July 22, 2005, you asked to have a regular tray for lunch and supper.  In response, on July 23, 2005, Nurse Johnson put you on a regular diet.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 25 & page 27.

-36-

_____

_____

_____

_____

(B).  What kind of diet had you been on?

Answer:

_____

_____

_____

_____

(C).  Why were you on a special diet?

Answer:

_____

_____

_____

_____

64.  On July 23, 2005, you requested medical care.  You stated your throat was swelling, you were dizzy and light headed, and you were shaking uncontrollably.

Agree_____  Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 26.

_____

_____

_____

_____

65.  Nurse Bradley was contacted and advised jail staff to give you Benadryl.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 26.

_____

_____

_____

_____

66.  Nurse Bradley then came to check on you and noted no throat swelling and that your skin was dry and warm.  You were still shaking and Nurse Bradley told you to drink plenty of fluids.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

AO72A
(Rev. 8/82)

page 26.

_____

_____

_____

_____

     67.  On July 29, 2005, you appeared in court and your bond was changed to $2,500.

You plead not guilty to the contempt of court charge.  You were served with a post-arrest

warrant for a probation violation, a violation of the hot check law, and failure to appear.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

pages 29-30.

_____

_____

_____

_____

     68.  On July 30, 2005, you submitted a medical request stating you had slipped and fell

off the bed hitting your side and back on the bar.  You stated the pain in your back was major.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

-39-

page 31.

_____

_____

_____

_____

69.  You were seen by Nurse Johnson who noted no redness, no swelling, and no

bruising.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 31.

_____

_____

_____

_____

70.  On August 2, 2005, you requested a pregnancy test because you had not had a

period in three months.  You also stated that your back was hurting and your stomach

swelling.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

AO72A
(Rev. 8/82)

page 33.

_____

_____

_____

_____

71.  On August 3rd Nurse Bradley responded that a pregnancy test would be done.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 33.

_____

_____

_____

_____

72.  On August 5, 2005, you were released after you bonded out.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at pages 34-36, 38-39.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

    73.  On September 27, 2005, an order for the issuance of an arrest warrant for you was

entered by Judge Gunn after you failed to appear in court on September 16, 2005.  Bail bond

was set at $150,000.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

pages 40.

_____

_____

_____

_____

    74.  An arrest warrant was issued that same day for your arrest for contempt of court,

violation of the hot check law, and failure to appear.

    Agree_____ Disagree_____Without knowledge to agree or disagree_____.

    If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 41.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

75.  On October 6, 2005, you were discharged from Northwest Medical Center after

being treated for pelvic pain.  You were instructed to follow up with AHEC clinic in

Springdale in three to five days.  You were prescribed Lortab and doxycycline.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

pages 44-45.

_____

_____

_____

_____

76.  You were arrested on October 6, 2005, by the Springdale Police Department.  You

were booked and then released to the Washington County Sheriff's Office.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 46.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

77.  You were booked into the WCDC on October 7, 2005.  A medical questionnaire was completed as part of the intake.  You reported suffering from depression.  You also indicated you had epilepsy and had been having two seizures a day lately.  You indicated you had been bleeding heavily for three weeks and had a pelvic infection.  You also stated you fell at the Motel 8 in Springdale the prior Friday and sprained your right knee.  You indicated you had prescriptions for hyrocodone and doxycycline but had not filled them.  You also indicated you had cut your wrists two weeks before trying to commit suicide but stated you were no longer suicidal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 52.

_____

_____

_____

_____

78.  You were evaluated by Nurse Johnson who felt you could be placed in B pod.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

-44-

_____

_____

_____

_____

79.  On November 7, 2005, note was made that you had a questionable red dye allergy.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 57.

_____

_____

_____

_____

80.  On October 8, 2005, you submitted a request to see the nurse.  You stated you

needed your antibiotics for your bad pelvic infection and something for the pain.  You stated

you had a doctor's order.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 58.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

81. Nurse Johnson noted that the jail doctor had not given the order for the antibiotics. Instead, it was an ER physician. She stated you would be given the antibiotic until you saw Dr. Howard on October 12th.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 58.

_____

_____

_____

_____

82. On October 9, 2005, you were moved from cell B to MH2 because of multiple seizures.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 59.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

83.  On October 12, 2005, you were treated by Dr. Howard for dizzy spells and ears hurting.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 116.

_____

_____

_____

_____

84.  On October 13, 2005, Corporal Sharp and Deputy Western responded to a report of a seizure in progress in "J" block.  They found you lying on your mat on the floor.  You were clutching your chest saying it hurts.  You complained of a sharp bruising pain just inside and slightly below your right breast.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 65.

_____

-47-

_____

_____

_____

85. While Sharp and Western were talking to you, you began to pump your legs up and down. Western raised your right arm with no resistance. Cell mates indicated this was your second seizure. You were awake and were able to talk and answer questions. Your upper body and arms were relaxed. Your blood pressure and heart rate were normal.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 65.

_____

_____

_____

_____

86. On October 14, 2005, you were transported to court and pled guilty. You were sentenced to serve 1 ½ years.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at pages 61 & 66.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

87.  You were given a judicial transfer to the Department of Community Punishment and signed the form stating that you understood you must abide by the rules or be transferred back to the Department of Correction.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 62.

_____

_____

_____

_____

88.  On October 17, 2005, you submitted a medical request.  You stated you had severe chest pain.  You indicated you had previously had problems with your potassium level and the symptoms were similar.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 67.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

89.  The nurse was contacted and she stated she would check you in the morning.  She did and noted your chest was bruised.  She prescribed Ibuprofen for five days.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 67.

_____

_____

_____

_____

90.  On October 19, 2005, Nurse Bradley was called to A pod because you were unresponsive and laying on the floor on your side.  Nurse Bradley noted no seizure activity but you refused to respond to verbal stimuli.  You opened your eyes and rolled away as soon as an ammonia inhalant was busted.  Your blood pressure was checked.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 116.

_____

AO72A
(Rev. 8/82)

_____

_____

_____

91. On October 19, 2005, Dr. Howard noted that you reported that you passed out from low potassium.  Dr. Howard ordered a check of your potassium and CBC and noted: "? seizure disorder."

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 116.

_____

_____

_____

_____

92. On October 20, 2005, your blood was drawn for routine blood counts.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 68.

_____

_____

-51-

_____

_____

     93.  Your potassium level was found to be 4.4 which was within the normal reference

range.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

     page 69.

_____

_____

_____

_____

     94.  On October 21, 2005, you were observed by Nurse Johnson who noted no seizure

activity.

     Agree_____ Disagree_____Without knowledge to agree or disagree_____.

     If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

     page 116.

_____

_____

_____

AO72A
(Rev. 8/82)

95. On October 22, 2005, you were observed by Nurse Johnson who noted no seizure activity.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 116.

_____

_____

_____

_____

96. On October 24, 2005, you were seen by Nurse Bradley after complaining of falling and hitting the left side of your face, right shoulder, and neck on the toilet. Nurse Bradley noted no redness, bruising, or deformities.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 117.

_____

_____

_____

AO72A
(Rev. 8/82)

97.  On November 5, 2005, you requested medication or a wrap for your left hand. Nurse Johnson prescribed antibiotic cream for a scrape on your left knuckle and noted there was no swelling.  Nurse Johnson also noted that you stated you sometimes had a headache.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 72.

_____

_____

_____

_____

98.  On November 6, 2005, you requested treatment for a big knot on the back of your leg that was making your leg feel numb.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 73.

_____

_____

_____

AO72A
(Rev. 8/82)

99. Nurse Johnson examined you and noted you had a small fatty knot behind your right knee. She put you on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 73.

_____

_____

_____

_____

100. On November 7, 2005, you submitted a grievance asking to return to your pod. You complained that you felt like you were being punished for being sick. Sgt. Charles responded that he would look into it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 75.

_____

_____

_____

AO72A
(Rev. 8/82)

101. On November 9, 2005, you were seen by Dr. Howard. He prescribed Ibuprofen for your right leg.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 117.

_____

_____

_____

_____

102. On November 10, 2005, you asked to be moved to A pod or G pod. You stated you wanted to be around your friends. You stated you would not have any more seizures. In response, you were told you were not going to be moved at that time.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 76.

_____

_____

_____

AO72A
(Rev. 8/82)

103.  Please state when you were moved to an observation cell and the reason you were moved to an observation cell.

Answer:

_____

_____

_____

_____

104.  On November 16, 2005, you asked to be moved to A pod.  You stated you had not had a seizure in four days and were doing better.  In response, you were told to contact Sgt. Charles or Sgt. Mason since they had approved your placement in ISO4.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 78.

_____

_____

_____

_____

105.  On November 18, 2005, you submitted a medical request.  You stated your right

AO72A
(Rev. 8/82)

leg was worse on the back.  You indicated it was red and had gotten bigger.  You stated you

needed immediate medical attention.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page 79.

_____

_____

_____

_____

106.  Nurse Johnson noted that the nodule behind your knee had not changed in size.

However, she stated it was red from you rubbing it.  She stated it was about the ½ the size of a

dime.  She put you on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at

page79.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

107.  On November 22, 2005, you were treated by Dr. Howard for a cyst behind your right knee.  Dr. Howard ordered doxycycline for one week.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 117.

_____

_____

_____

_____

108.  On November 23, 2005, you submitted a medical request stating you had broken out in big, red whelps and needed to be seen.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 82.

_____

_____

_____

_____

109.  Nurse Johnson noted you had what appeared to be a possible allergic reaction to

AO72A
(Rev. 8/82)

the antibiotic. She stopped the antibiotic and started you on Benadryl. If it was not improving by the next day, you were to be given a Medrol dose pack.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at pages 82.

_____

_____

_____

_____

110. On November 27, 2005, you submitted a grievance stating that your rash was worse and the knot on the back of your leg was worse. You stated another one was coming up next to it.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 83.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

111.  Nurse Bradley responded that you had been taken care of.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 83.

_____

_____

_____

_____

112.  On November 29, 2005, you submitted a medical request asking for something to help you relax.  You stated your grandmother had passed away and you were having difficulty sleeping.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 84.

_____

_____

_____

_____

113.  You were seen by Dr. Howard on November 30, 2005.  He noted you were doing

AO72A
(Rev. 8/82)

better and recommended that antibiotic cream be applied until it was healed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 117.

_____

_____

_____

_____

114. On December 8, 2005, Nurse Bradley sent a health services request to the Arkansas Department of Correction (ADC) regarding your complaint of right leg swelling. The ADC approved your examination by the jail doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 87.

_____

_____

_____

_____

115. On December 9, 2005, you were seen in the emergency room of Northwest

AO72A
(Rev. 8/82)

Medical Center because you had a seizure.  You were prescribed Dilantin.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 95.

_____

_____

_____

_____

116.  On December 14, 2005, you were seen by the doctor for a sore on your right leg which was healing.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 118.

_____

_____

_____

_____

117.  On December 14, 2005, you submitted a grievance about being locked down. You stated you needed to be with your friends.  You stated you were being punished for being

sick.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 94.

_____

_____

_____

_____

118.  In response, you were told that due to your medical situation, personnel had to keep you in an environment more suitable and convenient for supervision.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 94.

_____

_____

_____

_____

119.  On December 17, 2005, you submitted a request to be moved out of ISO#4.  You stated the new medicine was helping and it would be better for you to be with friends.

AO72A
(Rev. 8/82)

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 98.

_____

_____

_____

_____

120. In response, you were told you would remain in ISO#4 so you could be monitored for your safety.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 98.

_____

_____

_____

_____

121. On December 21, 2005, you submitted a medical request stating your head was hurting bad and so was your underneath your ribs.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 80.

_____

_____

_____

_____

122.  In response, Nurse Bradley prescribed Tylenol and noted that you wanted out of ISO and had no seizures.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 80 .

_____

_____

_____

_____

123.  On December 22, 2005, you requested that you be moved out of ISO#4.  You stated you had not had a seizure since the prior Wednesday.  In response, you were told you would remain in there awhile longer so they could keep an eye on your medical.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 100.

_____

_____

_____

_____

124.  On December 28, 2005, you asked to be moved out of ISO#4.  You stated you had not had a seizure in two weeks.  In response, you were told you did much better while you were in the ISO#4.  You were told they were afraid if they moved you out your seizures would start up again.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 101.

_____

_____

_____

_____

125.  On December 30, 2005, you submitted a request stating you had three bad teeth that were infected.  You indicated they were making you sick to your stomach.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 105.

_____

_____

_____

_____

126.  Nurse Johnson noted that you were not complaining of a toothache.  She stated you were worried about your leg.  Your leg was bandaged and wrapped and your paperwork sent to the ADC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 105.

_____

_____

_____

_____

127.  On December 31, 2005, Nurse Bradley completed a health services request form to be sent to the ADC regarding your care for seizures, abscessed teeth, and a boil on your right leg.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 106.

_____

_____

_____

_____

128. On January 1, 2006, Nurse Moss was called to the ISO because your leg was bleeding. You were taken to the nurse's station and your leg cleaned. Your sore had popped open and drained the excess blood build up. The sore looked much better and you said there was less pressure and it felt better. The sore was redressed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 118.

_____

_____

_____

_____

129. On January 3, 2006, the ADC approved your evaluation and treatment for the seizures and boil by the jail doctor. Approval was also given for you to be treated by a local dentist for the abscessed teeth including application of antibiotics, simple fillings, and

-69-

extractions.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 107.

_____

_____

_____

_____

130. On January 3, 2006, you submitted a request asking to be moved out of ISO#4. You stated you had been in there a month and had not had a seizure in two weeks. You stated your leg was very infected. In response, you were told that you were going to stay in ISO until further notice so you could be closely monitored.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 108.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

131. On January 4, 2006, you were seen by Dr. Howard. He examined the abscess around your right knee and noted it was still draining. He prescribed cephalexin for ten days and ordered the would re-dressed as needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 118.

_____

_____

_____

_____

132. On January 13, 2006, you were treated by Nurse Johnson. She prescribed erythrocin for seven days and your dressing was changed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 118.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

133.   On January 16, 2006, Nurse Bradley noted you were crying and complaining of severe pain in the right knee area.  You asked for stronger pain medication.  Dr. Howard called and prescribed Ibuprofen, 600 mg., for three days, with Tylenol.  You were placed on the list to see the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

134.   On January 17, 2006, you were released to the ADC for transfer to Pine Bluff.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 2 at page 113.

_____

_____

_____

_____

AO72A
(Rev. 8/82)

135.  From October 9, 2005, through November 4, 2006, you were on fifteen minute jail checks.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 3 at pages 1-46.

_____

_____

_____

_____

136.  You received a variety of medications including Dilantin while at the WCDC.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 1, Vol. 3 at pages 47 to 75.

_____

_____

_____

_____

137.  Medical records from Washington Regional Medical Center dated September 16, 2003, through February 20, 2005, indicate you were treated for an accidental overdose, left rib

pain, a sprained ankle, left arm, left leg, and back pain. There is no mention of you being treated for a "staph" infection.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 2.

_____

_____

_____

_____

138. When your intake physical was done at the ADC, note was made that you had an open ulcer on your right lower extremity.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at page 4.

_____

_____

_____

_____

139. On January 17, 2006, during your intake physical note was made that you had a wound 216 mm width by 28 length on the inside right outer aspect of your right knee. The wound was red on the inside and blue bruising was noted ½ inch out around from it. No

drainage was noted at the time. Signs of infection were present. The wound was examined by the doctor, cleaned, and a dressing applied.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at page 24.

_____

_____

_____

_____

140. Your ertyhrocin tablets were discontinued and you were put on bactrim.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain. In explaining, please refer to defendants' exhibit 3 at page 32.

_____

_____

_____

_____

141. On February 3, 2006, you submitted a medical request because your prescription for antibiotics had run out. Note was made you had an infected knee and that it was oozing, raw, and sore. You were referred to the doctor for a re-order of antibiotics.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

AO72A
(Rev. 8/82)

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 10.

_____

_____

_____

_____

142.  On March 2, 2006, note was made that the ulcerated lesion on your right leg had done significant healing and there was no sign of infection.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 16.

_____

_____

_____

_____

143.   On March 19, 2006, you requested medical treatment because the scar was getting infected, turning red, and irritated.  You were referred to the doctor.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3 at page 8.

_____

_____

AO72A
(Rev. 8/82)

_____

_____

144.  While you have been at the ADC, you have had seizures a number of times.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.  In explaining, please refer to defendants' exhibit 3.

_____

_____

_____

_____

145.  You received all medical care Dr. Howard and the jail nurses believed, in the exercise of their medical judgment, that you needed.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you disagree, explain.

_____

_____

_____

_____

146.  Do you contend Dr. Howard was deliberately indifferent to your serious medical needs?

AO72A
(Rev. 8/82)

Answer: Yes _____ No _____.

    If you answered yes, please state what your serious medical needs were and how Dr.

Howard exhibited deliberate indifference to your needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

147.  Do you contend Nurse Bradley was deliberately indifferent to your serious medical needs?

Answer:  Yes _____ No _____.

If you answered yes, please state what your serious medical needs were and how Nurse Bradley exhibited deliberate indifference to your needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

148.  Do you contend Nurse Johnson was deliberately indifferent to your serious medical needs?

Answer:  Yes _____ No _____.

If you answered yes, please state what your serious medical needs were and how Nurse Johnson exhibited deliberate indifference to your needs.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

149.  Sheriff Tim Helder personally made no decisions about the medical care you should received.

Agree_____ Disagree_____Without knowledge to agree or disagree_____.

If you agree, please explain how you believe Sheriff Helder violated your federal constitutional rights.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

_____

       If you disagree, please explain how Sheriff Helder was personally involved in deciding what medical care you should receive.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

AO72A
(Rev. 8/82)

_____

_____

_____

_____

_____

        Detail below any further response you would like to make to defendants' summary

judgment motion.  If you have any exhibits you would like the court to consider, you may

attach them to this response.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**AO72A**
**(Rev. 8/82)**

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

    EXECUTED ON THIS _____ DAY OF _____ 2006.


_____

DOROTHY RUTH PEEK

AO72A
(Rev. 8/82)