# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**DOROTHY RUTH PEEK**                                            PLAINTIFF

      v.         Civil No. 06-5003

**SHERIFF TIM HELDER;
DR. HOWARD; NURSE
RHONDA BRADLEY; and
NURSE SUSAN JOHNSON**                                            DEFENDANTS

### O R D E R

Now on this 10th day of October, 2006, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #25), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto*.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                      /s/ Jimm Larry Hendren
                                                      **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**